170 A.3d 943

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MICHAEL GOMES, A/K/A MICHAEL WELLS,
DEFENDANT–PETITIONER.

September 27, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000361–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 943

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
KELVIN MERCEDES, DEFENDANT–PETITIONER.

September 27, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004647–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.